# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ZYGADLO, PETER § Case No. 13-19075-ABG
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 06, 2013. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $        10,000.02

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 10.28 |
   | Bank service fees | 221.56 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 9,768.18 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/01/2014 and the deadline for filing governmental claims was 11/02/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/11/2015          By: /s/ILENE F. GOLDSTEIN AS TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-19075-ABG  
**Case Name:** ZYGADLO, PETER  

**Trustee:** (330290) ILENE F. GOLDSTEIN AS TRUSTEE  
**Filed (f) or Converted (c):** 05/06/13 (f)  
**§341(a) Meeting Date:** 06/13/13  

**Period Ending:** 02/11/15  

**Claims Bar Date:** 05/01/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  5380 Cambiago, Sarasota, Florida (1/2 interest)  Imported from original petition Doc# 12 | 220,000.00 | 0.00 | | 0.00 | FA |
| 2  5521 Rosehill Rd., Sarasota, Florida  Imported from original petition Doc# 12 | 50,000.00 | 0.00 | | 0.00 | FA |
| 3  Cash on hand (approx.)  Imported from original petition Doc# 12 | 200.00 | 200.00 | | 0.00 | FA |
| 4  JP Morgan Chase Checking account (approx.)  Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 5  JP Morgan Chase Checking account (approx.)  Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 6  Security Deposit for lease on Palazzo  Imported from original petition Doc# 12 | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 7  Miscellaneous household goods (approx.)  Imported from original petition Doc# 12 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8  Necessary wearing apparel (approx.)  Imported from original petition Doc# 12 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9  Primerica Insurance Term Life Policy (wife benef  Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 10  JP Morgan Chase 401(k) (approx.)  Imported from original petition Doc# 12 | 12,600.00 | 0.00 | | 0.00 | FA |
| 11  JP Morgan Chase Pension (approx.)  Imported from original petition Doc# 12 | 13,400.00 | 0.00 | | 0.00 | FA |
| 12  2012 Tax Refund  Imported from original petition Doc# 12 | 75.00 | 75.00 | | 0.00 | FA |
| 13  2008 Honda (approx.)  Imported from original petition Doc# 12 | 8,000.00 | 5,600.00 | | 10,000.02 | FA |
| 14  2008 Acura MDX (1/2 interest) (approx.)  Imported from original petition Doc# 12 | 16,000.00 | 12,000.00 | | 0.00 | FA |
| **14  Assets  Totals** (Excluding unknown values) | **$325,475.00** | **$22,075.00** | | **$10,000.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: The Trustee sold a vehicle free and clear over a period of time. She is currently closing the Estate.

Printed: 02/11/2015 01:51 PM    V.13.20

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-19075-ABG  **Trustee:** (330290) ILENE F. GOLDSTEIN AS TRUSTEE
**Case Name:** ZYGADLO, PETER  **Filed (f) or Converted (c):** 05/06/13 (f)
 **§341(a) Meeting Date:** 06/13/13
**Period Ending:** 02/11/15  **Claims Bar Date:** 05/01/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**  September 30, 2014  **Current Projected Date Of Final Report (TFR):**  June 30, 2015

Printed: 02/11/2015 01:51 PM    V.13.20


Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-19075-ABG  
**Case Name:** ZYGADLO, PETER  
**Taxpayer ID #:** **-***0076  
**Period Ending:** 02/11/15  

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/03/13 | {13} | Chase for Zygaldlo | Sale of car | 1129-000 | 1,666.67 | | 1,666.67 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,656.67 |
| 10/04/13 | {13} | CHASE | Sale of personal property - car | 1129-000 | 1,666.67 | | 3,323.34 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,313.34 |
| 11/11/13 | {13} | Peter Zygalso | Sale of personal property | 1129-000 | 1,666.67 | | 4,980.01 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.01 |
| 12/06/13 | {13} | Peter Zygaldo | Sale of personal property | 1129-000 | 1,666.67 | | 6,636.68 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,626.68 |
| 01/22/14 | {13} | Peter Zygaldo | Sale of Personal property | 1129-000 | 1,666.67 | | 8,293.35 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.48 | 8,282.87 |
| 02/11/14 | {13} | Chase--Peter Zygadlo | Sale of personal property | 1129-000 | 1,666.97 | | 9,949.84 |
| 02/25/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #13-19075, Bond Premium Voided on 03/07/14 | 2300-000 | | 12.74 | 9,937.10 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.39 | 9,924.71 |
| 03/07/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #13-19075, Bond Premium Voided: check issued on 02/25/14 | 2300-000 | | -12.74 | 9,937.45 |
| 03/07/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #13-19075, Bond Premium Voided on 03/10/14 | 2300-000 | | 10.28 | 9,927.17 |
| 03/10/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #13-19075, Bond Premium Voided: check issued on 03/07/14 | 2300-000 | | -10.28 | 9,937.45 |
| 03/10/14 | 103 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #13-19075, Bond Premium | 2300-000 | | 10.28 | 9,927.17 |
| 03/12/14 | {13} | Zygaldo | Sale of personal property | 1129-000 | -0.30 | | 9,926.87 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.80 | 9,913.07 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.20 | 9,897.87 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.23 | 9,883.64 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.74 | 9,869.90 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.61 | 9,854.29 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.69 | 9,840.60 |

Subtotals :    $10,000.02    $159.42

{} Asset reference(s)

Printed: 02/11/2015 01:51 PM    V.13.20

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-19075-ABG  
**Case Name:** ZYGADLO, PETER

**Taxpayer ID #:** **-***0076  
**Period Ending:** 02/11/15

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.09 | 9,825.51 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.60 | 9,810.91 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.69 | 9,798.22 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.97 | 9,782.25 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.07 | 9,768.18 |
| | | | **ACCOUNT TOTALS** | | 10,000.02 | 231.84 | **$9,768.18** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,000.02 | 231.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.02** | **$231.84** | |

Net Receipts :    10,000.02  
―――――――――  
Net Estate :    $10,000.02

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4066** | 10,000.02 | 231.84 | 9,768.18 |
| | $10,000.02 | $231.84 | $9,768.18 |

{} Asset reference(s)                                                                       Printed: 02/11/2015 01:51 PM    V.13.20

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 13-19075-ABG  
**Debtor Name:** ZYGADLO, PETER

Page: 1

**Date:** February 11, 2015  
**Time:** 01:51:48 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $88.00 | $0.00 | 88.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,575.00 | $0.00 | 1,575.00 |
| 200 | ILENE F. GOLDSTEIN AS TRUSTEE<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,750.00 | $0.00 | 1,750.00 |
| 1<br>610 | Quantum3 Group LLC as agent for<br>Quantum3 Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | History: Details1-102/04/2014Claim #1 filed by Quantum3 Group LLC as agent for, Amount claimed: $7701.10 (Sandhu, Dhar )<br>-------------------------------------------------------------------------------\* \* \* | $7,701.10 | $0.00 | 7,701.10 |
| 2<br>610 | Asset Acceptance LLC<br>assignee FIFTH THIRD BANK<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | History: Details2-102/19/2014Claim #2 filed by Asset Acceptance LLC, Amount claimed: $9975.94 (Bishop, Robert )<br>-------------------------------------------------------------------------------\* \* \* | $9,975.94 | $0.00 | 9,975.94 |
| 3<br>610 | Asset Acceptance LLC<br>assignee FIA CARD SERVICES N.A.<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | History: Details3-102/19/2014Claim #3 filed by Asset Acceptance LLC, Amount claimed: $10558.73 (Bishop, Robert )<br>-------------------------------------------------------------------------------\* \* \* | $10,558.73 | $0.00 | 10,558.73 |
| **<< Totals >>** | | | | 31,648.77 | 0.00 | 31,648.77 |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 13-19075-ABG
Case Name: ZYGADLO, PETER
Trustee Name: ILENE F. GOLDSTEIN AS TRUSTEE

**Balance on hand:**    $ 9,768.18

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $ 0.00
Remaining balance:    $ 9,768.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN AS TRUSTEE | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 1,575.00 | 0.00 | 1,575.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 88.00 | 0.00 | 88.00 |

Total to be paid for chapter 7 administration expenses:    $ 3,413.00
Remaining balance:    $ 6,355.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $ 0.00
Remaining balance:    $ 6,355.18

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,355.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,235.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7,701.10 | 0.00 | 1,733.33 |
| 2 | Asset Acceptance LLC | 9,975.94 | 0.00 | 2,245.34 |
| 3 | Asset Acceptance LLC | 10,558.73 | 0.00 | 2,376.51 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,355.18 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||

Total to be paid for subordinated claims: **$**     0.00
Remaining balance:     $     0.00

**UST Form 101-7-TFR (05/1/2011)**