# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:   ZYGADLO, PETER | § § § | Case No. 13-19075 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN AS TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. . A hearing on the fee applications and any objection to the Final Report will be held at **03/27/2015 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/23/2015         By:   /s/ Ilene F. Goldstein
                                      Trustee

ILENE F. GOLDSTEIN AS TRUSTEE
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: ZYGADLO, PETER § Case No. 13-19075
§
§
Debtor(s) §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.02 |
| *and approved disbursements of* | $ 231.84 |
| *leaving a balance on hand of* [1] | $ 9,768.18 |
| **Balance on hand:** | $ 9,768.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,768.18 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN AS TRUSTEE | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 1,575.00 | 0.00 | 1,575.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 88.00 | 0.00 | 88.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,413.00 |
| Remaining balance: | $ 6,355.18 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,355.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,355.18

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,235.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7,701.10 | 0.00 | 1,733.33 |
| 2 | Asset Acceptance LLC | 9,975.94 | 0.00 | 2,245.34 |
| 3 | Asset Acceptance LLC | 10,558.73 | 0.00 | 2,376.51 |

Total to be paid for timely general unsecured claims: $ 6,355.18
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: **$** 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

Prepared By:  /s/ILENE F. GOLDSTEIN AS TRUSTEE

ILENE F. GOLDSTEIN AS TRUSTEE
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-19075-ABG
Peter Zygadlo                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: ccabrales            Page 1 of 2              Date Rcvd: Feb 23, 2015
                                Form ID: pdf006            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2015.
```
db           +Peter Zygadlo,    2429 Palazzo Dr.,    Buffalo Grove, IL 60089-4678
20442561      ABN Amro Mortgage Group, Inc.,    1600 West Big Beaver Road,    Troy, MI 48084
20442569     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:    Bank of America,    4161 Piedmont Parkway,
              Greensboro, NC 27410-8110)
20442567     +Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-0001
20442566     +Bank of America,    135 S. LaSalle Street,    Chicago, IL 60603-4157
20442570     +BankUnited, FSB,    7815 NW 148th Street,    Miami Lakes, FL 33016-1554
20442571      Beneficial/HFC,    P.O. Box 9068,    Brandon, FL 33509-9068
20442572      Capital One,    PO Box 105131,    Atlanta, GA 30348-5131
20442573      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
20442575     +Chase Mortgage,    3415 Vision Drive,    Columbus, OH 43219-6009
20442576      Chase/ Circuit City,    P.O. Box 15298,    Wilmington, DE 19850-5298
20442577     +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
20442578      Citimortgage,    P.O. box 183040,    Columbus, OH 43218-3040
20442580      DNSB Bloom,    PO Box 8218,    Mason, OH 45040-8218
20442581      Fifth Third,    P.O. Box 63900,    Cincinnati, OH 45263-0900
20442583      Fifth Third Bank,    1701 W. Golf Road,    Park Ridge, IL 60068
20442582      Fifth Third Bank,    c/o Steven D. Gertler,    415 N. LaSalle St.,    Chicago, IL 60610
20442584     +First USA Bank, N.A.,    3565 Piedmont Rd Ne,    Atlanta, GA 30305-8202
20575427      Firth Third Mortgage Company,    Keith Levy,    Sarah E. Willms,    Cari A. Kauffman,
              P.O. Box 165028,    Columbus OH 43216-5028
20442586      GECRB/Bannana Republic,    PO Box 965005,    Orlando, FL 32896-5004
20442588      GMAC Mortgage,    P.O. Box 4622,    Waterloo, IA 50704-4622
20506492    #+John Gurrisi,    5521 Rosehill Rd,    Sarasota, FL 34233-3030
20506493      Leon Barshak,    Northbrook, IL
20442590     +Monterey Financial Services,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
20442592     +PNC Bank,    333 S. State St.,    Chicago, IL 60604-3936
20442593     +RNB-Fields3,    PO Box 9475,    Minneapolis, MN 55440-9475
20442594     +Sears/ CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
20442595     +Stellar Recovery,    1327 Us Highway 2 West,    Suite 100,    Kalispell, MT 59901-3413
20442597      Universal CD CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
20442598     +Webster Bank,    609 W Johnson Ave,    Cheshire, CT 06410-4502
20524716     +Wells Fargo Bank, N.A.,    C/O,    Pierce & Associates,    1 N. Dearborn Ste 1300,
              Chicago, IL 60602-4373
20442599      Wells Fargo Home Mortgage,    P.O. Box 14411,    Des Moines, IA 50306-3411
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20442562     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Feb 24 2015 02:01:06      Armor Systems Co,    1700 Kiefer Dr,
              Ste 1,    Zion, IL 60099-5105
20442563     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 24 2015 01:59:32      Asset Acceptance,
              PO Box 1630,    Warren, MI 48090-1630
21544554     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 24 2015 01:59:32      Asset Acceptance LLC,
              assignee FIA CARD SERVICES N.A.,    PO Box 2036,    Warren, MI 48090-2036
21544523     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 24 2015 01:59:32      Asset Acceptance LLC,
              assignee FIFTH THIRD BANK,    PO Box 2036,    Warren, MI 48090-2036
20442579      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 24 2015 01:56:47       Discover Financial Services,
              P.O. Box 30943,    Salt Lake City, UT 84130-0943
20442585      E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2015 01:56:19      GECRB/ Whitehall,    PO Box 981439,
              El Paso, TX 79998-1439
20442587     +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2015 01:56:32      GECRB/Sam's Club,    PO Box 965005,
              Orlando, FL 32896-5005
20442591     +E-mail/Text: EBN_Notifications@OWB.com Feb 24 2015 01:59:27      One West Bank,
              888 E. Walnut St.,    Pasadena, CA 91101-1895
21489755      E-mail/Text: bnc-quantum@quantum3group.com Feb 24 2015 01:59:25
              Quantum3 Group LLC as agent for,    Quantum3 Funding LLC,    PO Box 788,
              Kirkland, WA  98083-0788
                                                                                              TOTAL: 9
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20442564*    +Asset Acceptance,    PO Box 1630,    Warren, MI 48090-1630
20442565*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:    Bank of America,    PO BOX 982235,    El Paso, TX 79998-2235)
20442568*    +Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-0001
20442574*     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
20442589    ##+HSBC/Neiman Marcus,    P.O. Box 720937,    Dallas, TX 75372-0937
20442596    ##Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
                                                                                   TOTALS: 0, * 4, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: ccabrales              Page 2 of 2                   Date Rcvd: Feb 23, 2015
                               Form ID: pdf006              Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2015 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK, N.A. anelson@atty-pierce.com, northerndistrict@atty-pierce.com
              Ariel  Weissberg    on behalf of Debtor Peter  Zygadlo ariel@weissberglaw.com, Hava@weissberglaw.com;guy@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com;ro@weissberglaw.com
              Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com, IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com,    IL35@ecfcbis.com
              Keith  Levy    on behalf of Creditor    Fifth Third Bank amps@manleydeas.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Toni  Townsend    on behalf of Creditor    WELLS FARGO BANK, N.A. toni.townsend@pierceservices.com, northerndistrict@atty-pierce.com
                                                                                             TOTAL: 7