**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: ZYGADLO, PETER § Case No. 13-19075
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $317,475.00      Assets Exempt: $33,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,355.18      Claims Discharged
                                                Without Payment: $21,880.59

Total Expenses of Administration: $3,644.84

3) Total gross receipts of $ 10,000.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,644.84 | 3,644.84 | 3,644.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 28,235.77 | 28,235.77 | 6,355.18 |
| **TOTAL DISBURSEMENTS** | $0.00 | $31,880.61 | $31,880.61 | $10,000.02 |

4) This case was originally filed under Chapter 7 on May 06, 2013. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/20/2015          By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Honda (approx.) | 1129-000 | 10,000.02 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN AS TRUSTEE | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 1,575.00 | 1,575.00 | 1,575.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 88.00 | 88.00 | 88.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.48 | 10.48 | 10.48 |
| Rabobank, N.A. | 2600-000 | N/A | 12.39 | 12.39 | 12.39 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 10.28 | 10.28 | 10.28 |
| Rabobank, N.A. | 2600-000 | N/A | 13.80 | 13.80 | 13.80 |
| Rabobank, N.A. | 2600-000 | N/A | 15.20 | 15.20 | 15.20 |
| Rabobank, N.A. | 2600-000 | N/A | 14.23 | 14.23 | 14.23 |
| Rabobank, N.A. | 2600-000 | N/A | 13.74 | 13.74 | 13.74 |
| Rabobank, N.A. | 2600-000 | N/A | 15.61 | 15.61 | 15.61 |
| Rabobank, N.A. | 2600-000 | N/A | 13.69 | 13.69 | 13.69 |
| Rabobank, N.A. | 2600-000 | N/A | 15.09 | 15.09 | 15.09 |
| Rabobank, N.A. | 2600-000 | N/A | 14.60 | 14.60 | 14.60 |
| Rabobank, N.A. | 2600-000 | N/A | 12.69 | 12.69 | 12.69 |
| Rabobank, N.A. | 2600-000 | N/A | 15.97 | 15.97 | 15.97 |
| Rabobank, N.A. | 2600-000 | N/A | 14.07 | 14.07 | 14.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,644.84 | $3,644.84 | $3,644.84 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 7,701.10 | 7,701.10 | 1,733.33 |
| 2 | Asset Acceptance LLC | 7100-000 | N/A | 9,975.94 | 9,975.94 | 2,245.34 |
| 3 | Asset Acceptance LLC | 7100-000 | N/A | 10,558.73 | 10,558.73 | 2,376.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $28,235.77 | $28,235.77 | $6,355.18 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-19075  
**Case Name:** ZYGADLO, PETER  

**Period Ending:** 05/20/15

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/06/13 (f)  
**§341(a) Meeting Date:** 06/13/13  
**Claims Bar Date:** 05/01/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  5380 Cambiago, Sarasota, Florida (1/2 interest) Imported from original petition Doc# 12 | 220,000.00 | 0.00 | | 0.00 | FA |
| 2  5521 Rosehill Rd., Sarasota, Florida Imported from original petition Doc# 12 | 50,000.00 | 0.00 | | 0.00 | FA |
| 3  Cash on hand (approx.) Imported from original petition Doc# 12 | 200.00 | 200.00 | | 0.00 | FA |
| 4  JP Morgan Chase Checking account (approx.) Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 5  JP Morgan Chase Checking account (approx.) Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 6  Security Deposit for lease on Palazzo Imported from original petition Doc# 12 | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 7  Miscellaneous household goods (approx.) Imported from original petition Doc# 12 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8  Necessary wearing apparel (approx.) Imported from original petition Doc# 12 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9  Primerica Insurance Term Life Policy (wife benef Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 10  JP Morgan Chase 401(k) (approx.) Imported from original petition Doc# 12 | 12,600.00 | 0.00 | | 0.00 | FA |
| 11  JP Morgan Chase Pension (approx.) Imported from original petition Doc# 12 | 13,400.00 | 0.00 | | 0.00 | FA |
| 12  2012 Tax Refund Imported from original petition Doc# 12 | 75.00 | 75.00 | | 0.00 | FA |
| 13  2008 Honda (approx.) Imported from original petition Doc# 12 | 8,000.00 | 5,600.00 | | 10,000.02 | FA |
| 14  2008 Acura MDX (1/2 interest) (approx.) Imported from original petition Doc# 12 | 16,000.00 | 12,000.00 | | 0.00 | FA |
| 14  Assets  Totals (Excluding unknown values) | **$325,475.00** | **$22,075.00** | | **$10,000.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: The Trustee sold a vehicle free and clear over a period of time. She is currently closing the Estate.

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-19075  
**Case Name:** ZYGADLO, PETER

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/06/13 (f)  
**§341(a) Meeting Date:** 06/13/13

**Period Ending:** 05/20/15  
**Claims Bar Date:** 05/01/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2014   **Current Projected Date Of Final Report (TFR):** June 30, 2015

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-19075 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | ZYGADLO, PETER | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4066 - Checking Account |
| Taxpayer ID #: | **-***0076 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/20/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/03/13 | {13} | Chase for Zygaldlo | Sale of car | 1129-000 | 1,666.67 | | 1,666.67 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,656.67 |
| 10/04/13 | {13} | CHASE | Sale of  personal property - car | 1129-000 | 1,666.67 | | 3,323.34 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,313.34 |
| 11/11/13 | {13} | Peter Zygalso | Sale of  personal property | 1129-000 | 1,666.67 | | 4,980.01 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.01 |
| 12/06/13 | {13} | Peter Zygaldo | Sale of personal property | 1129-000 | 1,666.67 | | 6,636.68 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,626.68 |
| 01/22/14 | {13} | Peter Zygaldo | Sale of Personal property | 1129-000 | 1,666.67 | | 8,293.35 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.48 | 8,282.87 |
| 02/11/14 | {13} | Chase--Peter Zygadlo | Sale of  personal property | 1129-000 | 1,666.97 | | 9,949.84 |
| 02/25/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #13-19075, Bond Premium Voided on 03/07/14 | 2300-000 | | 12.74 | 9,937.10 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.39 | 9,924.71 |
| 03/07/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #13-19075, Bond Premium Voided: check issued on 02/25/14 | 2300-000 | | -12.74 | 9,937.45 |
| 03/07/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #13-19075, Bond Premium Voided on 03/10/14 | 2300-000 | | 10.28 | 9,927.17 |
| 03/10/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #13-19075, Bond Premium Voided: check issued on 03/07/14 | 2300-000 | | -10.28 | 9,937.45 |
| 03/10/14 | 103 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #13-19075, Bond Premium | 2300-000 | | 10.28 | 9,927.17 |
| 03/12/14 | {13} | Zygaldo | Sale of  personal property | 1129-000 | -0.30 | | 9,926.87 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.80 | 9,913.07 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.20 | 9,897.87 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.23 | 9,883.64 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.74 | 9,869.90 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.61 | 9,854.29 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.69 | 9,840.60 |

Subtotals :      $10,000.02      $159.42

{} Asset reference(s)

Printed: 05/20/2015 10:19 AM    V.13.23

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-19075 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | ZYGADLO, PETER | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4066 - Checking Account |
| Taxpayer ID #: | **-***0076 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/20/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.09 | 9,825.51 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.60 | 9,810.91 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.69 | 9,798.22 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.97 | 9,782.25 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.07 | 9,768.18 |
| 03/30/15 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $88.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 88.00 | 9,680.18 |
| 03/30/15 | 105 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $1,575.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,575.00 | 8,105.18 |
| 03/30/15 | 106 | ILENE F. GOLDSTEIN AS TRUSTEE | Dividend paid 100.00% on $1,750.00, Trustee Compensation;  Reference: | 2100-000 | | 1,750.00 | 6,355.18 |
| 03/30/15 | 107 | Quantum3 Group LLC as agent for | Dividend paid  22.50% on $7,701.10; Claim# 1; Filed: $7,701.10; Reference: | 7100-000 | | 1,733.33 | 4,621.85 |
| 03/30/15 | 108 | Asset Acceptance LLC | Dividend paid  22.50% on $9,975.94; Claim# 2; Filed: $9,975.94; Reference: | 7100-000 | | 2,245.34 | 2,376.51 |
| 03/30/15 | 109 | Asset Acceptance LLC | Dividend paid  22.50% on $10,558.73; Claim# 3; Filed: $10,558.73; Reference: | 7100-000 | | 2,376.51 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 10,000.02 | 10,000.02 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **10,000.02** | **10,000.02** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,000.02** | **$10,000.02** | |

| Net Receipts : | 10,000.02 |
|---|---:|
| Net Estate : | $10,000.02 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # ******4066 | 10,000.02 | 10,000.02 | 0.00 |
| | $10,000.02 | $10,000.02 | $0.00 |